## TURNER v. DUKE UNIVERSITY

No. 97P91

Case below: 101 N.C.App. 276

Petition by defendant (Duke University) for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## TYNDALL v. WALTER KIDDE CO.

No. 259P91

Case below: 102 N.C.App. 726

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## U. S. FIRE INS. CO. v. SOUTHEAST AIRMOTIVE CORP.

No. 213P91

Case below: 102 N.C.App. 470

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## WACHOVIA BANK AND TRUST CO. v. TOMS

No. 241P91

Case below: 102 N.C.App. 582

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## WARD v. McDONALD

No. 302P91

Case below: 100 N.C.App. 359

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 14 August 1991.